UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON LEE FERGUSON,<br><br>Defendant. | NO: 2:20-CR-0115-TOR<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR PROTECTIVE ORDER |
|---|---|

BEFORE THE COURT is the Parties' Stipulation Regarding Computer Forensic Review Procedures (ECF No. 20). The matter was submitted for consideration without oral argument. The Court has reviewed the stipulated motion and the file therein and is fully informed. The Parties seek a protective order to govern the procedures for forensic review of the child pornography contraband in this case. For good cause shown, the motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulation Regarding Computer Forensic Review Procedures (ECF No. 20) is **GRANTED**.

ORDER GRANTING PARTIES' STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

2. The parties have stipulated to review procedures for child pornography contraband. The Court endorses that Stipulation and further Orders: The defense team shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any alleged contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without alleged contraband images/videos) documenting the examination on removable media if the case dictates.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** September 29, 2020.



THOMAS O. RICE
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR PROTECTIVE ORDER ~ 2